UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Edward Hurt,

Plaintiff

v.

PHH Mortgage Services, et al.,

Defendants

Case No. 2:26-cv-02243-CDS-MDC

**Order Directing the Plaintiff to File a Dismissal or the Parties to File a Joint Status Report**

Defendants Onity Mortgage Corporation, Citizens Bank, N.A., and Mortgage Electronic Registration Systems, Inc. notified the court that they had reached a settlement of plaintiff Edward Hurt's claims and requested 90 days to file a stipulation of dismissal. ECF No. 6. In turn, the court ordered the parties to file a stipulated dismissal or a joint status report by October 23, 2026. ECF No. 8. That deadline passed without the parties filing a stipulation, a joint status report, or otherwise responding.

It is therefore ordered that either a notice of dismissal[1] or a joint status report addressing settlement must be filed by November 18, 2026.

Dated: November 4, 2026

Cristina D. Silva
United States District Judge

[1] The defendants have not filed an answer or motion for summary judgment therefore Hurt may dismiss his claims without a court order by filing a notice of dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i).